# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: VINH SANH NGUYEN (J)#   CASE NO: 20-6101-SNOW

AUSA: Cathy Koontz — present   ATTY: FPD Bob Berube  Present
(If applicable-appeals colloquy)

AGENT: _____   VIOL: _____

PROCEEDING: PTD HEARING   RECOMMENDED BOND: _____

BOND HEARING HELD - yes / ~~no~~   COUNSEL APPOINTED: _____

BOND SET @: _____   To be cosigned by: _____

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

Gov't proceeds by proffer as to one aspect & stands on complaint. Agent sworn — Lee Bieher. PTD ordered. (danger + to a lesser degree flight)

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN.: 3-11-20   11:00am   STRAUSS

CHECK IF APPLICABLE____: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 3-4-20   TIME: 11:00am   DAR: 11:23:31   PAGE: 4

30 mw