Case 0:20-cr-60072-WPD   Document 7   Entered on FLSD Docket 03/10/2020   Page 1 of 5

Mar 10, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60072-CR-DIMITROULEAS/SNOW**
**18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)**

UNITED STATES OF AMERICA

vs.

VINH SANH NGUYEN,

       **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

From on or about July 23, 2019, and continuing until on or about September 24, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**VINH SANH NGUYEN,**

did knowingly possess and access with intent to view matter that had been stored on a Samsung Galaxy cellular phone and on a Google Drive folder of user account vnguyenn55@gmail.com, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

1

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor or a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and, by this reference, fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendant, **VINH SANH NGUYEN,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant, **VINH SANH NGUYEN,** shall forfeit to the United States all of his interest in the following property pursuant to Title 18, United States Code, Section 2253:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendants obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation.

3. The property which is subject to forfeiture includes, but is not limited to one the Samsung Galaxy A10 cellular phone, model: SM-A102U.

All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at

2

Title 21, United States Code, Section 853, as made applicable by 18 U.S.C. § 2253(b).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

**VINH SANH NGUYEN,**

              **Defendant.**
_____/ **Superseding Case Information:**

**Court Division**: (Select One)          New Defendant(s)  ____ Yes  _X_ No
                                          Number of New Defendants  ____
   Miami ____   Key West ____    Total number of counts  ____
   FTL _X_     WPB ____    FTP ____

    I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    NO
   List language and/or dialect  _____

4. This case will take  __3__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_           Petty     ____
   II   6 to 10 days     ____          Minor     ____
   III  11 to 20 days    ____          Misdem.   ____
   IV   21 to 60 days    ____          Felony    _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court?   No   (Yes or No)
   If yes:
   Judge: _____  Case No. _____
      (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   Yes   (Yes or No)
   If yes:
   Magistrate Case No.                    20-mj-06101-LSS
   Related Miscellaneous numbers:         _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the District of           _____

   Is this a potential death penalty case?   No   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____Yes  _X_ No

                                                     _____
                                                     CATHERINE KOONTZ
                                                     ASSISTANT UNITED STATES ATTORNEY
                                                     Court Number A5501929

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **VINH SANH NGUYEN**      Case No: _____

Count: 1

Possession of Child Pornography

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

*Max. Penalty: Twenty (20) years' imprisonment; $1,000,000 fine; 5 years to life of supervised release.

Count:



*Max. Penalty:

Count:



*Max. Penalty:

Count:



*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.